IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAVARE HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MILLHOUSE FAMILY RESTAURANT, INC., | ) |
| CHRIS STATHOPOULOS, in his individual | ) |
| capacity, and CARMELLA STATHOPOULOS, | ) |
| in her individual capacity, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No.  17- cv-6194 FPG MWP

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the court's Order of

August 3, 2018, approving the settlement agreement between the parties, and the terms of the

attached settlement agreement between Plaintiff  Tavare Holley and Defendants Millhouse

Family Restaurant, Inc., Chris Stathopoulos and Carmella Stathopoulos, Plaintiff and Defendants

hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants in this

matter.

/s/ Peter O'Brian Dellinger
Peter O'Brian Dellinger, Esq.
EMPIRE JUSTICE CENTER
1 West Main Street, Suite 200
Rochester, New York 14614
Phone:  (585) 295-5811
Email: pdellinger@empirejustice.org
Attorney for Plaintiff

August 10, 2018

/s/ Jeffrey J.
Jeffery J. Calabrese, Esq.
Harter Secrest P.C.
1600 Bausch & Lomb Place
Rochester, NY 14604
Phone:  (585) 231-1280
Email: jcalabrese@hselaw.com
Attorney for Defendants

August 10, 2018

So Ordered: _____                    August 3, 2018
            HON. FRANK P. GERACI, JR.
            UNITED STATES DISTRICT JUDGE